IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COLLIN R. GINTHER, d/b/a BUXMONT GROUT CARE,<br><br>        Plaintiff,<br><br>v.<br><br>PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC,<br><br>        Defendant. | CIVIL ACTION<br>NO. 16-686 |

## ORDER

**AND NOW**, this 29th day of September, 2017, it is hereby **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The Clerk shall mark this matter closed.

                       **BY THE COURT:**

                       **/s/ Jeffrey L. Schmehl**
                       **Jeffrey L. Schmehl, J.**